| | |
|---|---|
| 1 | **DICKINSON WRIGHT PLLC** |
| 2 | JOHN L. KRIEGER |
|   | Nevada Bar No. 6023 |
| 3 | Email: jkrieger@dickinson-wright.com |
|   | 3883 Howard Hughes Pkwy. |
| 4 | Las Vegas, Nevada 89169 |
|   | Tel: (702) 550-4400 |
| 5 | Fax: (844) 670-6009 |

CATHERINE F. HOFFMAN
(Admitted *Pro Hac Vice*)
Email: choffman@dickinsonwright.com
350 East Las Olas Blvd, Suite 1750
Fort Lauderdale, FL 33301
Tel: (954) 991-5420
Fax. (844) 670-6009

*Attorneys for Plaintiff SBD Apparel Limited*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SBD APPAREL LIMITED, a United Kingdom Company,<br>Plaintiff,<br><br>v.<br><br>STRONGHOUSE GYM LLC, a Nevada corporation, TANNER MCBRIDE, an individual, ERIC AYALA, an individual and SCOTT MILLER, an individual,<br><br>Defendants. | CASE NO. 2:21-cv-00421<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO STRONGHOUSE GYM LLC'S COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff SBD Apparel Limited ("SBD"), by and through its counsel, Dickinson Wright PLLC, and Defendant Stronghouse Gym LLC ("Stronghouse"), by and through its counsel, Gurr Brande & Spendlove, PLLC and Weide & Miller, Ltd. (collectively the "Parties"), hereby agree and stipulate to extend Plaintiff's deadline to respond to Stronghouse's Counterclaims (ECF No. 8) by two weeks from May 5, 2021, to May 19, 2021.



This is the first request to extend this deadline and is not brought for purposes of undue delay.

IT IS SO STIPULATED:

DATED this 5th day of May, 2021.

**GURR BRANDE & SPENDLOVE, PLLC**

By: /s/ Robert A. Gurr
Robert A. Gurr
(Admitted *Pro Hac Vice*)
rob@gbsip.com
Robert D. Spendlove
(Admitted *Pro Hac Vice* )
spendlove@gbsip.com
491 E. Riverside Dr., #4B
St. George, UT 84790
Telephone: (435) 634-8868
Fax: (866)-232-8818

WEIDE & MILLER, LTD.
F. Christopher Austin
(Nevada Bar No. 6559)
caustin@weidemiller.com
R. Scott Weide
(Nevada Bar No. 5541)
sweide@weidemiller.com
Allen Gregory Gibbs
(Nevada Bar No. 14368)
ggibbs@weidemiller.com
Jing Zhao
(Nevada Bar No. 11487)
jzhao@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Defendants*

**DICKINSON WRIGHT PLLC**

/s/ John L. Krieger
John L. Krieger
3883 Howard Hughes Pkwy., Ste. 800
Las Vegas, NV 89169
Tel:  (702) 550-4400
Fax:  (844) 670-6009

Catherine F. Hoffman
(Admitted *Pro Hac Vice*)
350 East Las Olas Blvd, Suite 1750
Fort Lauderdale, FL 33301
Tel: (954) 991-5420
Fax. (844) 670-6009

*Attorneys for Plaintiff SBD Apparel Limited*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2021

