1

**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER

2

Nevada Bar No. 6023
Email:  jkrieger@dickinson-wright.com

3

3883 Howard Hughes Pkwy.
Las Vegas, Nevada  89169

4

Tel:  (702) 550-4400
Fax:  (844) 670-6009

5

6

CATHERINE F. HOFFMAN
*Pro Hac Vice Granted*
Email:  choffman@dickinsonwright.com

7

350 East Las Olas Blvd, Suite 1750
Fort Lauderdale, FL 33301

8

Tel: (954) 991-5420
Fax. (844) 670-6009

9

*Attorneys for Plaintiff SBD Apparel Limited*

10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF NEVADA**

12

| | |
|---|---|
| SBD APPAREL LIMITED,<br>a United Kingdom Company,<br><br>        Plaintiff,<br><br>    v.<br><br>STRONGHOUSE GYM LLC , a<br>Nevada company, TANNER MCBRIDE, an<br>individual, ERIC AYALA, an individual and<br>SCOTT MILLER,<br>an individual,<br>        Defendants. | Case No.: 2:21-cv-00421-JAD-EJY<br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME FOR PARTIES TO<br>DISCLOSE ASSERTED CLAIMS, AND<br>INFRINGEMENT CONTENTIONS AND<br>ACCOMPANYING DOCUMENT<br>PRODUCTION, AND RELATED<br>DEADLINES**<br><br>**(FIRST REQUEST)** |
| STRONGHOUSE GYM LLC , a<br>Nevada company<br><br>        Counter-Plaintiff,<br><br>v.<br><br>SBD APPAREL LIMITED,<br>a United Kingdom Company,<br><br>        Counter-Defendant. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

    Plaintiff/Counter-Defendant,  SBD  APPAREL  LIMITED  ("Plaintiff")  and  Defendants,

28

STRONGHOUSE  GYM  LLC,  TANNER  MCBRIDE,  ERIC  AYALA,  and  SCOTT  MILLER



2011080669_1

(collectively, "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

The Parties are in agreement that the deadline within which to disclose their asserted claims, infringement contentions and accompanying document production, and related deadlines be extended by seven (7) days as follows:

| Disclosure of Rule 26(a) Initial Disclosures, Asserted Claims, and Infringement Contentions and accompanying document production | **June 24, 2021** (previously  June 17, 2021) |
|---|---|
| Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions | **August 9, 2021** (previously August 2, 2021) |
| Response to Non-Infringement Contentions | **August 23, 2021** (previously August 16, 2021) |

This is the first stipulation by the parties to allow Plaintiff additional time to complete its infringement contentions and accompanying document production, which is only being extended by one (1) week.

In addition, the Parties stipulate to remove the Pre-Claim Construction Settlement Conference (currently set for August 25, 2021) from the Court's calendar since the requirement was removed from the most recent version of the Local Patent Rules. The Parties' inclusion of the date in their conference report was due to an inadvertent reliance upon the prior version of the Rules. Notwithstanding, the Parties intend to continue settlement negotiations throughout this proceeding.

All other dates in the May 26, 2021 order (ECF No. 22) shall remain the same.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



DICKINSON WRIGHT
ATTORNEYS AT LAW

2011080669_1

-2-

This request is not brought for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| **DICKINSON WRIGHT PLLC** | **GURR BRANDE & SPENDLOVE, PLLC** |
|---|---|
| /s/ John L. Krieger | /s/ Robert D. Spendlove (with permission) |
| John L. Krieger | Robert A. Gurr |
| (Nevada Bar No. 6023) | (Admitted *Pro Hac Vice*) |
| jkrieger@dickinsonwright.com | rob@gbsip.com |
| 3883 Howard Hughes Pkwy., Ste. 800 | Robert D. Spendlove |
| Las Vegas, NV 89169 | (Admitted *Pro Hac Vice* ) |
| Tel:  (702) 550-4400 | spendlove@gbsip.com |
| Fax:  (844) 670-6009 | 491 E. Riverside Dr., #4B |
| | St. George, UT 84790 |
| Catherine F. Hoffman | Telephone: (435) 634-8868 |
| (Admitted *Pro Hac Vice*) | Fax: (866)-232-8818 |
| choffman@dickinsonwright.com | |
| 350 East Las Olas Blvd., Ste. 1750 | WEIDE & MILLER, LTD. |
| Fort Lauderdale, FL 33301 | F. Christopher Austin |
| Tel: (954) 991-5420 | (Nevada Bar No. 6559) |
| Fax. (844) 670-6009 | caustin@weidemiller.com |
| | R. Scott Weide |
| | (Nevada Bar No. 5541) |
| *Attorneys for Plaintiff SBD Apparel Limited* | sweide@weidemiller.com |
| | Allen Gregory Gibbs |
| | (Nevada Bar No. 14368) |
| | ggibbs@weidemiller.com |
| | Jing Zhao |
| | (Nevada Bar No. 11487) |
| | jzhao@weidemiller.com |
| | 10655 Park Run Dr., Ste 100 |
| | Las Vegas, NV 89144 |
| | Telephone: (702) 382-4804 |
| | Facsimile: (702) 382-4805 |
| | |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

Dated: June 16, 2021

_____
_ U.S. Magistrate Judge

2011080669_1

DW
DICKINSON WRIGHT
ATTORNEYS AT LAW