

| | |
|---|---|
| 1 | **DICKINSON WRIGHT PLLC** |
| | JOHN L. KRIEGER |
| 2 | Nevada Bar No. 6023 |
| | Email: jkrieger@dickinson-wright.com |
| 3 | 3883 Howard Hughes Pkwy. |
| | Las Vegas, Nevada 89169 |
| 4 | Tel: (702) 550-4400 |
| | Fax: (844) 670-6009 |
| 5 | |
| 6 | CATHERINE F. HOFFMAN |
| | *Pro Hac Vice Granted* |
| 7 | Email: choffman@dickinsonwright.com |
| | 350 East Las Olas Blvd, Suite 1750 |
| 8 | Fort Lauderdale, FL 33301 |
| | Tel: (954) 991-5420 |
| 9 | Fax. (844) 670-6009 |

*Attorneys for Plaintiff SBD Apparel Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SBD APPAREL LIMITED, a United Kingdom Company, | Case No.: 2:21-cv-00421-JAD-EJY |
| Plaintiff, | |
| v. | |
| STRONGHOUSE GYM LLC, a Nevada company, TANNER MCBRIDE, an individual, ERIC AYALA, an individual and SCOTT MILLER, an individual, | **Stipulation and Order Dismissing and Closing Case** |
| Defendants. | |
| STRONGHOUSE GYM LLC, a Nevada company | |
| Counter-Plaintiff, | |
| v. | |
| SBD APPAREL LIMITED, a United Kingdom Company, | |
| Counter-Defendant. | |

Pursuant to the parties' Confidential Settlement Agreement (not filed herein), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant, SBD APPAREL

-1-

2011080669_1

-2-

1  LIMITED ("Plaintiff") and Defendants, STRONGHOUSE GYM LLC, TANNER MCBRIDE,
2  ERIC AYALA, and SCOTT MILLER (collectively, "Defendants"), through their respective
3  counsel, hereby stipulate to the dismissal without prejudice of all claims asserted in this lawsuit.
4  / / /
5  / / /
6  / / /
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

2011080669_1

This Court has retained jurisdiction of the parties and this dispute for the purpose of making any further orders necessary or proper for the interpretation, modification or enforcement of the Consent Order or the parties' underlying settlement agreement.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this the 26th day of January, 2022.

**IT IS SO AGREED AND STIPULATED:**

| **DICKINSON WRIGHT PLLC** | **GURR BRANDE & SPENDLOVE, PLLC** |
|---|---|
| /s/ John L. Krieger | /s/ Robert A. Gurr |
| John L. Krieger | Robert A. Gurr |
| (Nevada Bar No. 6023) | (Admitted *Pro Hac Vice*) |
| jkrieger@dickinsonwright.com | rob@gbsip.com |
| 3883 Howard Hughes Pkwy., Ste. 800 | Robert D. Spendlove |
| Las Vegas, NV 89169 | (Admitted *Pro Hac Vice* ) |
| Tel: (702) 550-4400 | spendlove@gbsip.com |
| Fax: (844) 670-6009 | 491 E. Riverside Dr., #4B |
|  | St. George, UT 84790 |
| Catherine F. Hoffman | Telephone: (435) 634-8868 |
| (Admitted *Pro Hac Vice*) | Fax: (866)-232-8818 |
| choffman@dickinsonwright.com |  |
| 350 East Las Olas Blvd., Ste. 1750 | WEIDE & MILLER, LTD. |
| Fort Lauderdale, FL 33301 | F. Christopher Austin |
| Tel: (954) 991-5420 | (Nevada Bar No. 6559) |
| Fax. (844) 670-6009 | caustin@weidemiller.com |
| *Attorneys for Plaintiff SBD Apparel Limited* | R. Scott Weide |
|  | (Nevada Bar No. 5541) |
|  | sweide@weidemiller.com |
|  | Allen Gregory Gibbs |
|  | (Nevada Bar No. 14368) |
|  | ggibbs@weidemiller.com |
|  | Jing Zhao |
|  | (Nevada Bar No. 11487) |
|  | jzhao@weidemiller.com |
|  | 10655 Park Run Dr., Ste 100 |
|  | Las Vegas, NV 89144 |
|  | Telephone: (702) 382-4804 |
|  | Facsimile: (702) 382-4805 |
|  | *Attorneys for Defendants* |

### ORDER

Based on the parties' stipulation [41] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice under the terms of the Stipulated Consent Judgment [39]. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 28, 2022