**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
3883 Howard Hughes Pkwy.
Las Vegas, Nevada  89169
Tel: (702) 550-4400
Fax: (844) 670-6009

CATHERINE F. HOFFMAN
*Pro Hac Vice Granted*
Email: choffman@dickinsonwright.com
350 East Las Olas Blvd, Suite 1750
Fort Lauderdale, FL 33301
Tel: (954) 991-5420
Fax. (844) 670-6009

*Attorneys for Plaintiff SBD Apparel Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SBD APPAREL LIMITED, a United Kingdom Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STRONGHOUSE GYM LLC , a Nevada company, TANNER MCBRIDE, an individual, ERIC AYALA, an individual and SCOTT MILLER, an individual,<br>　　　　　Defendants. | Case No.: 2:21-cv-00421-JAD-EJY<br><br>**AMENDED STIPULATION OF DISMISSAL** |
| STRONGHOUSE GYM LLC , a Nevada company<br><br>　　　　　Counter-Plaintiff,<br><br>　v.<br><br>SBD APPAREL LIMITED, a United Kingdom Company,<br><br>　　　　　Counter-Defendant. | ECF No. 44 |

　　　　Pursuant to the parties' Confidential Settlement Agreement (not filed herein), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant, SBD

2011080669_1

1  APPAREL LIMITED ("Plaintiff") and Defendants, STRONGHOUSE GYM LLC, TANNER
2  MCBRIDE, ERIC AYALA, and SCOTT MILLER (collectively, "Defendants"), through their
3  respective counsel, hereby stipulate to the dismissal with prejudice of all claims asserted in this
4  lawsuit.

5      This Amended Stipulation of Dismissal is intended by the Parties to replace and supersede
6  the stipulation filed on January 26, 2022 (ECF No. 41), that was entered by the Court on January
7  28, 2022 (ECF No. 42). The stipulation filed on January 26, 2022, was not the stipulation agreed
8  upon between the Parties and had been inadvertently filed. The Parties hereby stipulate to this
9  Amended Stipulation of Dismissal to correct and rectify that error.

10      This Court has retained jurisdiction of the parties and this dispute for the purpose of
11  making any further orders necessary or proper for the interpretation, modification or enforcement
12  of the Consent Order or the parties' underlying settlement agreement.

13      Each party shall bear its own costs and attorneys' fees.

14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

2011080669_1

Respectfully submitted this the 31st day of January, 2021.

**IT IS SO AGREED AND STIPULATED:**

| **DICKINSON WRIGHT PLLC** | **GURR BRANDE & SPENDLOVE, PLLC** |
|---|---|
| /s/ John L. Krieger | /s/ Robert A. Gurr |
| John L. Krieger | Robert A. Gurr |
| (Nevada Bar No. 6023) | (Admitted *Pro Hac Vice*) |
| jkrieger@dickinsonwright.com | rob@gbsip.com |
| 3883 Howard Hughes Pkwy., Ste. 800 | Robert D. Spendlove |
| Las Vegas, NV 89169 | (Admitted *Pro Hac Vice* ) |
| Tel: (702) 550-4400 | spendlove@gbsip.com |
| Fax: (844) 670-6009 | 491 E. Riverside Dr., #4B |
|  | St. George, UT 84790 |
| Catherine F. Hoffman | Telephone: (435) 634-8868 |
| (Admitted *Pro Hac Vice*) | Fax: (866)-232-8818 |
| choffman@dickinsonwright.com |  |
| 350 East Las Olas Blvd., Ste. 1750 | WEIDE & MILLER, LTD. |
| Fort Lauderdale, FL 33301 | F. Christopher Austin |
| Tel: (954) 991-5420 | (Nevada Bar No. 6559) |
| Fax. (844) 670-6009 | caustin@weidemiller.com |
|  | R. Scott Weide |
|  | (Nevada Bar No. 5541) |
| *Attorneys for Plaintiff SBD Apparel Limited* | sweide@weidemiller.com |
|  | Allen Gregory Gibbs |
|  | (Nevada Bar No. 14368) |
|  | ggibbs@weidemiller.com |
|  | Jing Zhao |
|  | (Nevada Bar No. 11487) |
|  | jzhao@weidemiller.com |
|  | 10655 Park Run Dr., Ste 100 |
|  | Las Vegas, NV 89144 |
|  | Telephone: (702) 382-4804 |
|  | Facsimile: (702) 382-4805 |
|  |  |
|  | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
The Hon. Jennifer A. Dorsey
United States District Judge
February 9, 2022



-3-

2011080669_1